# EXHIBIT

# B



## Group Health

MLS understands what it takes to be a successful IRO in the Group Health industry- we ensure timely, accurate and evidence-based reviews from a nationwide, specialized network of Physician Reviewers and other allied health professionals.

Our federal and state-level Peer Reviews are conducted by board-certified, actively practicing physicians versed in the latest medical research and current guidelines for medical care.

As a URAC-accredited Independent Review Organization: Comprehensive Review (Internal & External), we maintain a commitment to promoting healthcare quality. We offer reviews for a variety of areas, including:

- Medical Necessity
- Experimental/ Investigational
- Standard of Care
- Plan Language Review
- Length of Stay
- Quality of Care/ Utilization, and more.

## Disability Reviews

Our IME and Peer Review Disability Reviews focus on function and an employee's ability to return to work. We offer a full range of disability review services, including:

- Independent Medical Exams (IME) conducted across the country
- Imaging Studies to assist in the IME process. Our board certified radiologists and neuroradiologists specialize in: MRI, CT & Bone Scan, Ultrasound, X-Ray, Arthrogram & Mammogram
- Functional Capacity Evaluations (FCE) performed by licensed therapists
- FMLA Assessments, providing numerous medical assessments for each step of the FMLA leave process- from the Clarification Level up to the 3rd Opinion
- Retirement Disability Reviews

MLS Group of Companies, LLC

# Workers' Compensation

Login

Our nationwide network of licensed Physician Reviewers ensure you have everything you need to confidently assess the clinical aspects of a workers' compensation claim. For Independent Medical Examinations, we work with insurance carriers, TPAs, and self-funded employers to deliver an IME product that meets unique and specific service standards.

We are equipped to perform a wide range of Workers' Compensation services including:

- Utilization Reviews
- Independent Medical Exams (IME)
- Peer Reviews
- Functional Capacity Evaluations (FCE)
- Impairment Ratings

## Additional Info

HOW DO YOU DELIVER QUALITY ASSURANCE?

HOW ARE CASES SUBMITTED THROUGH YOUR PORTAL?

WHAT SPECIALTIES DOES YOUR NETWORK COVER?

WHAT KINDS OF CLIENTS DOES MLS SERVE?

Client Portal Reviewer Portal

urac ACCREDITED Independent Review Organization Internal & External

AICPA SOC

HITRUST CSF Certified