# EXHIBIT D

DANE STREET

3815 Washington Street
Suite 4
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

07/25/19
[redacted]

Re: Insured: [redacted]
DOB: [redacted]

Dear [redacted]

I want to thank you for taking the time to review and respond to my questions below. I am board-certified in Neurology as a consultant for a third party vendor contracted by MUTUAL OF OMAHA-NE-OMAHA In that capacity, I have been asked to review the medical records of your patient, [redacted].

I would appreciate your review of these questions and a return of your responses as soon as you are able.

Please answer the questions and complete the signature and date lines at the bottom and return to Dane Street so this information may be incorporated the evaluation. Please fax your response to the Operations Manager assigned to this claim, at 561-246-4823.

1. [redacted]

2. [redacted]

DANE STREET

3815 Washington Street
Suite 4
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

3. [redacted]

Signature                                        Date

I do appreciate the time you took to answer these questions, and thank you for assisting in this evaluation. Should you have any questions, please feel free to contact Dane Street at 617-858-2766.

Sincerely,

DANE STREET

3815 Washington Street
Suite 4
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

David Hoenig
Board Certified Neurology