# EXHIBIT

# E

MES SOLUTIONS SINCE 1978

Make a Referral

# Peer Review Services

## Standard Benefits

Meet demanding TAT times

Real-time case tracking

Advanced duration and management reporting

Secure web-based scheduling

Peer-to-peer contact

RN oversight and QA

Full-service support

MES SOLUTIONS SINCE 1978

## Target Areas

Coding

Federal/External State Reviews

Fraud and Abuse

Grievances and Appeals

Pharmacy Benefit Management

Quality of Care/Compliance

Utilization Management

Contact

**An Accredited National Leader**

MES Peer Review Services (PRS) is a URAC accredited Independent Review Organization - Comprehensive (IRO-C), and MES is accredited for CORE Organizational Quality, Workers'

Compensation, and Utilization Management. We received HITRUST CSF certification demonstrating our technology meets key healthcare regulations and requirements for protecting and securing sensitive protected healthcare information. These third-party audits ensure that healthcare controls, finance, and IT processes meet industry standards and translate into superior quality services.

Peer Reviews are paper-based evaluations prepared by credentialed, independent physicians to establish an informed expert opinion about the appropriateness of care, medical necessity, experimental/investigational, and related issues. With access to a broad nationwide network of board-certified physicians and licensed allied professionals from all major specialties and sub-specialties, we are able to provide our clients the appropriate expertise for a range of review types: prospective, medical-legal, appeal, and peer-to-peer reviews. Final reports are tailored to meet state-specific content and turnaround time requirements, with reports available on the MES or respective client portal.



## Markets Served

PRS is a division of MES that provides evidence or standards-based independent medical peer review for national insurance carriers, self-insured entities, third-party administrators, and government agencies across the country. Whether facilitating peer reviews in group health, workers' comp, disability, pharmacy, or fraud and abuse, we work with clients to understand their specific client process requirements. Our experienced operations staff and flexible portal technology facilitate compliance with mandated state or jurisdictional regulations, cybersecurity protocols, and the highest level of standards for quality assurance.

- Group Health, Commercial, Medicare, and Medicaid
- Workers' Compensation
- Disability
- Pharmacy Benefit Managers
- Special Investigation Units (SIUs)
- Hospital Quality and Compliance

**Contact**

About
Careers
Contact
Physician Consulting

**Services**

Disability

Employer Assistance
Medical Programs
MES SOLUTIONS SINCE 1978
IME
Peer Review
Record Retrieval
Record Review

**Support**
Claim Types Handled
Customer Login
Find a Credentialed Physician
Register
Service Map
Transfer Medical Records

**Compliance**
HIPAA, HITECH, and HITRUST
Physician Network Development
Private Cloud Network
Privacy
Terms of Service
Terms of Use

MES Solutions and MES Peer Review Services provide the claims community access to physicians with expertise in conducting Independent Medical Examinations, Record Reviews, and Peer Reviews. Clients include insurers, third-party administrators, self-insureds,

government agencies, and attorneys. Markets served include auto, disability, liability, workers' compensation, and group health.

MES SOLUTIONS SINCE 1978

Learn more

**ADDRESS**

MES Solutions, LLC.
150 Presidential Way
Suite 110
Woburn, MA 01801

**PHONE**

781-933-1782

**FAX**

781-933-5099

**EMAIL**

info@messolutions.com

urac ACCREDITED
CORE
Expires 04/01/2020

AICPA SOC

HITRUST CSF Certified

urac ACCREDITED
Independent Review Organization: Internal & External
Expires 02/01/2020

MES
SOLUTIONS
SINCE 1978

Make a Referral

# Disability Services

## Standard Benefits

Practicing, board-certified physician disability specialists

On-site representation assists with referrals and records

Online submission and tracking of referrals

On-time delivery of reports

Trained and licensed quality assurance RNs

Dedicated disability service centers

Contact

MES assists disability carriers, third-party administrators, and employers in the management of the Family Medical Leave Act, long-term and short-term disability, and retirement claims by providing clear, concise, well-supported IME, FCE, and Peer Review reports.




Our network of physicians and disability physicians focus on the appropriateness of diagnosis, treatment, and return-to-work issues. We also handle individual, group disability, and group health claims.

**Contact**

About

Careers

Contact

Physician Consulting

**Services**

Disability
Employer Assistance
Federal Programs
IME
Peer Review
Record Retrieval
Record Review

**Support**

Claim Types Handled
Customer Login
Find a Credentialed Physician
Register
Service Map
Transfer Medical Records

**Compliance**

HIPAA, HITECH, and HITRUST
Physician Network Development
Private Cloud Network
Privacy
Terms of Service
Terms of Use

MES Solutions and MES Peer Review Services provide the claims community access to physicians with expertise in conducting Independent Medical Examinations, Record Reviews, and Peer Reviews. Clients include insurers, third-party administrators, self-insureds,

government agencies, and attorneys. Markets served include auto, disability, liability, workers' compensation, and group health.

MES SOLUTIONS SINCE 1978

Learn more

**ADDRESS**

MES Solutions, LLC.
150 Presidential Way
Suite 110
Woburn, MA 01801

**PHONE**

781-933-1782

**FAX**

781-933-5099

**EMAIL**

info@messolutions.com

urac ACCREDITED CORE Expires 04/01/2020

AICPA SOC

HITRUST CSF Certified

urac ACCREDITED Independent Review Organization: Internal & External Expires 02/01/2020