# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: 2:19-CV-04942-JZB

Plaintiff(s):
**MELISSA MEYERS,**

vs.

Defendant(s):
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**

For:
SCOTT DAVIS
SCOTT E. DAVIS, P.C.
8360 EAST RAINTREE DRIVE
SUITE 140
SCOTTSDALE, AZ 85260

Received by B&B ATTORNEY SERVICE, LLC on the 20th day of August, 2019 at 12:51 pm to be served on **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, C/O DIRECTOR OF INSURANCE, STATUTORY AGENT, 100 NORTH 15TH AVENUE, PHOENIX, AZ 85007**.

I, Almir Bosnic, do hereby affirm that on the **21st day of August, 2019** at **1:15 pm, I:**

served two true copies of the **SUMMONS; CIVIL COVER SHEET; COMPLAINT WITH EXHIBITS A-E; AUGUST 13, 2019 MINUTE ENTRY (DKT. 3) AND A $15.00 SERVICE OF PROCESS FEE CHECK** by personally delivering and leaving two true copies with **VICTORIA CHAVEZ** as **ADMINISTRATIVE ASSISTANT,** at the address of: **100 NORTH 15TH AVENUE, PHOENIX, AZ 85007**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**

| | |
|---|---|
| Service Fee | $61.50 |
| Total | $61.50 |

I declare under penalty of perjury the foregoing statements are true and correct.

**Almir Bosnic**
MC - 7002

**B&B ATTORNEY SERVICE, LLC**
**6424 East Greenway Parkway**
**Suite 100**
**Scottsdale, AZ 85254**
**(602) 263-0012**

Our Job Serial Number: JBO-2019000215
Ref: Meyers

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c