**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Meyers,<br><br>Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No.: 2:19-CV-04942-JZB<br><br>**JOINT STIPULATION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The parties hereby stipulate to set a deadline of October 11, 2019, for Defendant to respond to Plaintiff's Complaint.

This extension is necessary because additional time is required to obtain the necessary documentation for Defendant to respond to the Complaint. As such, the Parties request an extension of time to **<u>October 11, 2019</u>**, for Defendant to answer or otherwise respond to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 10th day of September 2019.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant Liberty Life Assurance Company of Boston

***AND***

/s/ Scott E. Davis (with permission)
Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Phoenix, AZ 85260
PH: (602) 482-4300
FX: (602) 569-9720
davis@scottdavispc.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Scott E. Davis, Esq.
Email: davis@scottdavispc.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.