**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Meyers,<br>Plaintiff,<br>v.<br>Liberty Life Assurance Company of Boston,<br>Defendant. | No. CV-19-04942-PHX-JZB<br>**ORDER** |

Pending before the Court is the parties' "Joint Stipulation Regarding Deadline for Defendant to Respond to Plaintiff's Complaint." (Doc. 8.) After review, the Court will grant the Stipulation.

Accordingly,

**IT IS ORDERED**:

1. The Stipulation (Doc. 8) is **granted**.

2. Defendant shall have up to, and including, **October 11, 2019** to file an answer or otherwise respond to Plaintiff's Complaint.

Dated this 13th day of September, 2019.

Honorable John Z. Boyle
United States Magistrate Judge