# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ____________________________________<br>Plaintiff,<br>vs.<br>____________________________________<br>Defendant. | Case No. CV ______________________ |

## CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the undersigned (party)(counsel of record for _________________________________) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

Date: ___________________ ____________________________________
Signature

____________________________________
Print Name

---

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. § 636(c)(2) the undersigned (party)(counsel of record for ____________ ________________________) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: ___________________ ____________________________________
Signature

____________________________________
Print Name

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this case, this __________day of ___________________, 20____.

______________________________
Signature

****E-file this form using the event Consent/Election Form LRCiv 3.7(b) under Other Documents****