**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Meyers,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | No. CV-19-04942-PHX-SMB<br><br>**ORDER** |

Pursuant to the Parties' Joint Stipulation Regarding Deadline for Defendant to Respond to Plaintiff's Complaint (Doc. 15) and good cause appearing,

**IT IS ORDERED** that Defendant shall have until **November 1, 2019** to respond to Plaintiff's Complaint.

Dated this 15th day of October, 2019.

Honorable Susan M. Brnovich
United States District Judge