**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Meyers,<br>Plaintiff,<br>v.<br>Liberty Life Assurance Company of Boston,<br>Defendant. | Case No.: 2:19-CV-04942-PHX-SMB<br>**JOINT STIPULATION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(Third Request)** |

The parties hereby stipulate to set a deadline of November 8, 2019, for Defendant to respond to Plaintiff's Complaint.

Since the entry of the Court's October 15, 2019, Order, the parties' counsels have been discussing a possible resolution of this matter. Progress has been made, but these discussions have not yet been completed. As such, the Parties request an additional extension of time to **November 8, 2019**, for Defendant to answer or otherwise respond to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 31st day of October 2019.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant Liberty Life Assurance Company of Boston

***AND***

/s/ Scott E. Davis (with permission)
Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Phoenix, AZ 85260
PH: (602) 482-4300
FX: (602) 569-9720
davis@scottdavispc.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Scott E. Davis, Esq.
Email: davis@scottdavispc.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.