**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Meyers,<br><br>Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No. 2:19-CV-04942-PHX-SMB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Melissa Meyers, and Defendant, Liberty Life Assurance Company of Boston, hereby give notice that this case has settled. The parties will soon file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 5th day of November 2019.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
*Attorney for Defendant*

***AND***

By: /s/ Scott E. Davis (with permission)

Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Phoenix, AZ 85260
PH: (602) 482-4300
FX: (602) 569-9720
davis@scottdavispc.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Scott E. Davis, Esq.
Email: davis@scottdavispc.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.