Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Phoenix, AZ 85260

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
Email: davis@scottdavispc.com

*Attorney for Plaintiff Melissa Meyers*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Meyers,<br><br>Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No.: 2:19-CV-04942-PHX-SMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Melissa Meyers hereby dismisses with prejudice the above-captioned matter. Each party will bear its own cost and attorney fees.

Plaintiff advises the Court that the Complaint in this matter was filed on August 13, 2019 and Defendant has not Answered or filed a Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this 3rd day of December, 2019.

**SCOTT E. DAVIS, P.C.**

By: /s/ *Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Iwana Rademaekers, Esq.
Email: iwana@rademaekerslaw.com

By: */s/ Lisa L. Martinez*
An employee of Scott E. Davis, P.C.